IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES PENN,

    Petitioner,

v.                                      Case No. 4:11cv181-SPM/WCS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

### ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 7) which recommends that the Petition for Writ of Habeas Corpus be denied. Petitioner has been afforded an opportunity to file objections. No objections were filed. Upon consideration, I have determined that the Report and Recommendation is accurate and should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 7) is **adopted** and incorporated by reference into this order; and

2. The Petition for Writ of Habeas Corpus (doc. 1) is **denied**.

3. A Certificate of Appealability is **denied**.

**DONE AND ORDERED** this 18th day of October, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge